**No. 55533.**—Samuel S. Perry *v.* United States, protest 834109–G (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the fees assessed upon the merchandise in question are of the same character as the fees or duties involved in *Akawo* v. *United States* (68 Treas. Dec. 890, T. D. 48067) and Abstracts 33086 and 33087, which were therein held to have been illegally exacted, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 8, 1951

**No. 55534.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 61235–K (New York).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *The Otto Gerdau Co.* v. *United States* (21 Cust. Ct. 24, C. D. 1120) and *Mamary Bros., Inc.* v. *United States* (id. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry.

MAY 9, 1951

**No. 55535.**—J. M. Arnof Co., Inc., et al. *v.* United States, protests 157896–K, Plaintiffs' application for rehearing granted.

MAY 10, 1951

**No. 55536.**—Emery, Holcombe & Blair *v.* United States, protest 159915–K.—

C. D. 1318. Plaintiff's application for rehearing denied.